Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HIGHLIGHT DEVELOPMENT, INC., a California corporation, et al.,<br><br>　　　　Defendants. | No.  1:15-cv-00114-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS AVTAR S. MANJAL AND GIAN S. RAKKAR DBA BULLARD U-SAVE LIQUOR <u>ONLY</u>;   ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **<u>only</u> Defendants Avtar S. Manjal dba Bullard U-Save Liquor and Gian S. Rakkar dba Bullard U-Save Liquor** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 9, 2015    　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Ronald Moore

　　　　　　　　　　　　　　　　　　　**<u>ORDER</u>**

Good cause appearing,

IT IS HEREBY ORDERED that **only** **Defendants Avtar S. Manjal dba Bullard U-Save Liquor and Gian S. Rakkar dba Bullard U-Save Liquor** are hereby dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:  **March 10, 2015**                    /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE