1  Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2  332 North Second Street
San Jose, California  95112
3  Telephone (408) 298-2000
Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
Ronald Moore

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                          )  No.  1:15-cv-00114-BAM
                                           )
12               Plaintiff,                )  **NOTICE OF VOLUNTARY DISMISSAL**
                                           )  **OF ENTIRE ACTION; ORDER**
13        vs.                              )
                                           )
14  HIGHLIGHT DEVELOPMENT, INC., a         )
California corporation, et al.,            )
15                                         )
                                           )
16               Defendants.               )
                                           )
17  _____   )

18

19        WHEREAS, no Defendant has filed an answer or motion for summary judgment;

20        WHEREAS, Plaintiff and Defendants have settled the matter;

21        WHEREAS, no counterclaim has been filed;

22        Plaintiff hereby respectfully requests that this action be dismissed with prejudice

23  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

24

25  Date: March 24, 2015                   MOORE LAW FIRM, P.C.

26
                                           */s/ Tanya E. Moore*
27                                         Tanya E. Moore
                                           Attorneys for Plaintiff
28                                         Ronald Moore

1

**ORDER**

2        Good cause appearing,

3        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4    The Clerk of the Court is instructed to close this case.

5

6    **IT IS SO ORDERED**.

7

8    Dated**:   March 24, 2015**                          /s/ Barbara A. McAuliffe

9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28